01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR06-220-JLR |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DARIO VILLARREAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

Count 1:  Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C.

§§ 841(a)(1), 841(b)(1)(A), and 846.

Count 3:  Conspiracy to Import Methamphetamine in violation of 21 U.S.C. §§

952(a), 960(b)(1)(H), and 963.

Date of Detention Hearing:    November 2, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth,

finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

01  defendant is a flight risk and a danger to the community based on the nature of the pending

02  charges and his criminal background history.  It is appropriate to apply the presumption in

03  this case.

04          (2)     Defendant's instant charges are serious offenses, and he faces a mandatory

05  minimum sentence of ten years to possible life imprisonment.

06          (3)     Defendant has multiple failures of compliance with the terms and conditions

07  of his supervised probation, and shows an inability or unwillingness to comply with those

08  terms and conditions.

09          (4)     Defendant has on-going issues with substance abuse as evidenced by his

10  failure to pass five prior testings.

11          (5)     Defendant is considered a danger to the community and a risk of flight.

12          (6)     There appear to be no conditions or combination of conditions other than

13  detention that will reasonably address the risk of flight and danger to other persons or the

14  community.

15          IT IS THEREFORE ORDERED:

16          (1)     Defendant shall be detained pending trial and committed to the custody of the

17                  Attorney General for confinement in a correction facility separate, to the

18                  extent practicable, from persons awaiting or serving sentences or being held in

19                  custody pending appeal;

20          (2)     Defendant shall be afforded reasonable opportunity for private consultation

21                  with counsel;

22          (3)     On order of a court of the United States or on request of an attorney for the

23                  government, the person in charge of the corrections facility in which

24                  defendant is confined shall deliver the defendant to a United States Marshal

25                  for the purpose of an appearance in connection with a court proceeding; and

26          (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

01    counsel for the defendant, to the United States Marshal, and to the United

02    States Pretrial Services Officer.

03    DATED this 3rd day of November, 2006.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 3